Derek Alan Hacke
November 7, 2016

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS


KAREN GAUEN, Ed.D.

vs.

BOARD OF EDUCATION OF THE HIGHLAND COMMUNITY UNIT
SCHOOL DISTRICT NO. 5

Cause No. 3:16-CV-00207


DEPOSITION OF DEREK ALAN HACKE

NOVEMBER 7, 2016




~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


BOBBIE LUBER, LLC

Certified Court Reporters

P.O. Box 31201 ~ 1015 Grupp Road ~ St. Louis, MO 63131

314.541.3179

Derek Alan Hacke
November 7, 2016

---

Page 5

```
 1            A P P E A R A N C E S
 2
 3   For the Plaintiff:
 4      SEDEY HARPER WESTHOFF, P.C.
        By: Ms. Donna L. Harper
        2711 Clifton Avenue
 5      St. Louis, Missouri  63139
        314-773-3566
 6      dharper@sedeyharper.com
 7
 8   For the Defendant:
 9      HODGES LOIZZI EISENHAMMER RODICK & KOHN,
     LLP
10      By: Mr. Jason T. Manning
        3030 Salt Creek Lane
11      Suite 202
        Arlington Heights, Illinois  60005
12      847-670-9000
        jmanning@hlerk.com
13      And
        HODGES LOIZZI EISENHAMMER RODICK & KOHN,
14   LLP
        By: Ms. C. Frazier Satterly
15      401 SW Water Street
        Suite 106
16      Peoria, Illinois 61602
        309-671-9000
17      fsatterly@hlerk.com
18      Also present: Dr. Karen Gauen
19
     Court Reporter:
20      Bobbie L. Luber
        Registered Professional Reporter #9209
21      Missouri CCR #621
        Illinois CSR #084.004673
22
        Bobbie Luber, LLC
23      P.O. Box 31201
        St. Louis, MO  63131
24      (314) 993-0911
        bluber@lubercourtreporting.com
25
```

---

Page 6

```
 1        IT IS HEREBY STIPULATED AND AGREED, by and between
 2   counsel for the Plaintiff and counsel for the
 3   Defendant that this deposition may be taken in
 4   shorthand by Bobbie L. Luber, Registered Professional
 5   Reporter, Certified Court Reporter, Notary Public and
 6   afterwards transcribed into typewriting; and the
 7   signature of the witness is expressly reserved.
 8            *   *   *   *   *
 9            DEREK ALAN HACKE,
10   of lawful age, produced, sworn and examined on behalf
11   of the Plaintiff, deposes and says:
12            DIRECT EXAMINATION
13   QUESTIONS BY MS. HARPER:
14       Q.  Mr. Hacke, my name is Donna Harper.  We met
15   a minute ago.  I represent Karen Gauen in a lawsuit
16   that's been brought against the Highland High School,
17   but in any event it's Highland.  I guess the actual
18   defendant isn't the high school.  I think it's
19   Community Unit School District Number 5.  The lawsuit
20   alleges claims under Title 7 of the 1964 Civil Rights
21   Act, which makes it unlawful to discriminate based on
22   sex in, among other things, pay.  The lawsuit is also
23   under the Equal Pay Act of 1963, another federal law
24   that makes it unlawful to discriminate based on sex in
25   pay for jobs, the performance of which requires equal
```

---

Page 7

```
 1   skill, effort, and responsibility, and are in the same
 2   establishment.  Similar working conditions in the same
 3   establishment.
 4        There is an Illinois statute that is the
 5   Illinois Equal Pay Act which sort of pairs with the
 6   federal law.
 7        Those are the three statutory claims.  Are
 8   you aware of those claims, or familiar with the
 9   lawsuit?
10       A.  Yes.
11       Q.  You are aware of it, the claims and the
12   lawsuit?
13       A.  It's been several months, but I read
14   through the suit at one point.
15       MS. HARPER:  Off the record.
16       (At this time Ms. Satterly entered the
17   deposition room.)
18       MS. HARPER:  Mr. Hacke, for the record,
19   now, would you say your full name?
20       A.  Derek Alan Hacke.
21       Q.  And what's your date of birth?
22       A.  8/2/67.
23       Q.  Is Alan A-L-A-N?
24       A.  It is.
25       Q.  Where were you born?
```

---

Page 8

```
 1       A.  Alton, Illinois.
 2       Q.  Have you primarily resided continuously in
 3   Illinois since your birth?
 4       A.  Yes.
 5       Q.  Where do you live now?
 6       A.  Highland, Illinois.
 7       Q.  What's your address there?
 8       A.  70 Liberty Lane.
 9       Q.  Are you a married person, or a single, or
10   widowed?
11       A.  Married.
12       Q.  Do you have children?
13       A.  I do.
14       Q.  What's your wife's name, first name?
15       A.  Lorie.
16       Q.  Does she work outside the home?
17       A.  She does.
18       Q.  Where does she work?
19       A.  BJC.
20       Q.  What does she do there?
21       A.  She is an RN.
22       Q.  She works on this side of the river, or
23   over in Illinois?
24       A.  For the moment -- she is in the office
25   today, but bounces back and forth.
```

Derek Alan Hacke
November 7, 2016

|  | 29 |
|---|---|

1    policy that allows us to do whatever?
2              MR. MANNING: Objection as to form.  You
3    may answer.
4              THE WITNESS: No.
5         Q.  MS. HARPER: And you didn't ask why?
6         A.  No.
7         Q.  Did you later learn why he was able to
8    offer you a salary in the amount that he offered?
9         A.  Relocation was part of it.
10        Q.  How did you learn that?
11        A.  He -- just through discussions.  As we have
12   employed principals, we have discussed that enticing a
13   person to move, relocate a family, requires
14   compensation that will -- that will entice someone to
15   pick up and move.
16        Q.  Were you -- were you given relocation
17   reimbursement?
18        A.  I believe I was.  It was a small amount,
19   because we moved ourselves.
20        Q.  Did you -- at the time you were talking to
21   Mike Sutton about your pay, did you say to him, unless
22   I get more it's not worth my time to move?
23        A.  No.
24        Q.  This hadn't been -- this wasn't the first
25   time you applied to be principal at Highland was it,

|  | 30 |
|---|---|

1    the 2009 application?
2         A.  It was the second.
3         Q.  The second time?
4         A.  The second time.
5         Q.  Was it the first time you were actually a
6    finalist and interviewed?
7         A.  I interviewed two years previously.
8         Q.  With whom?
9         A.  Marvin Warner.
10        Q.  And at that time were you made an offer?
11        A.  No.
12        Q.  All right.  So this time in 2009 you tell
13   him how much you are making, show him your contract,
14   he makes an offer that's more than your contract.  At
15   the time that exchange is going on is that when you
16   were told you would get reimbursed for the relocation
17   expenses up to whatever the amount was?
18        A.  I don't think we discussed it at that time.
19        Q.  When did you learn that you were going to
20   get a sum of money to help you with moving from
21   wherever you were to Highland?
22              MR. MANNING: Objection as to form.  You
23   may answer.
24              THE WITNESS: I don't recall.
25        Q.  MS. HARPER: Where were you living when you

|  | 31 |
|---|---|

1    were principal at Roxana before you came to Highland?
2         A.  Troy, Illinois.
3         Q.  And how far from where you lived in Troy
4    did you have to move to Highland?
5         A.  Probably less than a dozen miles.
6         Q.  Is there some requirement by the board that
7    principals live in the district?
8         A.  There is requirement for the high school
9    principalship.
10        Q.  Just the high school principalship?
11        A.  Central office personnel as well.
12        Q.  I'm sorry?
13        A.  Central office personnel.  High school
14   principal.  It is not across every job description
15   administratively in the district.
16        Q.  So it's just the high school principal, not
17   middle school or elementary school?
18        A.  Correct.
19        Q.  And it's just the principal, not the
20   assistant principal?
21        A.  I believe so.
22        Q.  Did you know that at the time you applied
23   for the job?
24        A.  Yes.
25        Q.  So you knew if they offered you would have

|  | 32 |
|---|---|

1    to move?
2         A.  Correct.
3         Q.  Did you ask for reimbursement for the
4    relocation, or did you think if they offer me the job
5    I will take it?
6         A.  I wasn't in tune enough to ask for that
7    upfront.
8         Q.  So you didn't ask for it, but they offered
9    to reimburse you some sum of money to move this dozen
10   miles or so from Troy to Highland?
11              MR. MANNING: Objection to form.  I want to
12   be clear, when you say reimburse for, you are talking
13   about expenses to move, is that correct?
14              MS. HARPER: Do you understand my question?
15        A.  I thought you were speaking of moving
16   expenses.
17        Q.  Okay.  However you understand it, that's
18   what I would like you to answer.
19              MR. MANNING: The same objection.
20              THE WITNESS: I don't recall.
21        Q.  MS. HARPER: I'm sorry.  You don't recall
22   what?
23        A.  I don't recall when the discussion came up.
24   I don't recall if I approached him, or he said, hey,
25   we can help you with moving expenses.  I don't

Derek Alan Hacke
November 7, 2016

33

```
 1   remember.
 2       Q.  Okay.  So it could have been in your
 3   interview with both Mr. Sutton and Ms. Newton that you
 4   said, hey, by the way, can you help me with my moving
 5   expenses?
 6       MR. MANNING:  Objection as to form.  You
 7   may answer.
 8       THE WITNESS:  I don't believe it came up in
 9   that interview.
10       Q.  MS. HARPER:  So it came up after the job
11   was offered to you?
12       A.  I believe so.
13       Q.  Okay.  And so we got off on this because
14   when I asked you how it was that you -- what you
15   learned later.  You said that I later learned that I
16   was offered more to relocate, and I learned that in
17   the context of conversations about other candidates
18   that we were hiring.  Is that what you said, or tell
19   me if I misunderstood.
20       A.  I don't know if we are speaking the same
21   language.  I'm talking about like a relocation fee,
22   assistance one time to help move a family from one
23   location to another.
24       Q.  Right.
25       A.  Moving expenses, versus a salary that is
```

34

```
 1   enticing to attract someone to pick up their family,
 2   take the risk of moving, in some cases many miles,
 3   pull kids out of school, go put them in a new school
 4   district, start all over again somewhere new.
 5       Q.  So you have been speaking to me about the
 6   fact that when you were hired as principal you needed
 7   to move from Troy to Highland; right?
 8       A.  Correct.
 9       Q.  And you got a one time stipend in some
10   amount of money to help you with the expenses of
11   moving your primary residence from Troy to Highland?
12       MR. MANNING:  Objection.  Misstates prior
13   testimony, but you may proceed.
14       THE WITNESS:  I think that is correct.
15       Q.  MS. HARPER:  Okay.  You think that is
16   correct.  And now my next question is:  Distinguishing
17   that one time financial assistance from moving,
18   distinguishing that from this salary to entice the
19   move, were you offered a higher salary to entice you
20   to move?  Were you told that?
21       MR. MANNING:  Objection to form.
22       THE WITNESS:  I was not told that at that
23   time.
24       Q.  MS. HARPER:  Okay.  Have you been told that
25   since?
```

35

```
 1       A.  Yes.
 2       Q.  By whom?
 3       A.  Mike.
 4       Q.  When did he tell you that?
 5       A.  Not -- probably the last two to three years
 6   in my current role as we have employed additional
 7   building leaders.  If we had applicants who were from
 8   out of district we have had those discussions, those
 9   general discussions about what it takes to get
10   somebody to move that you were targeting.
11       Q.  So as distinct from what you and Mr. Sutton
12   discussed about other candidates, I want you
13   to focus on what you and Mr. Sutton discussed about
14   yourself and your salary as principal of the Highland
15   School District.  Did you and Mr. Sutton ever have a
16   conversation in which he said to you, in words or in
17   substance, your salary that I offered you was in part
18   an enticement to move?
19       A.  Yes.  Basically.
20       Q.  When did he tell you that?
21       A.  I'm not going to be able to give a date.
22       Q.  I don't need an exact date.
23       A.  I might not be able to give you a year.
24       Q.  Can you give me a context?
25       A.  I think I had been in the district for a
```

36

```
 1   while.  I had probably been in the district maybe a
 2   couple of years before that.  It might have been when
 3   I moved into the new role, and we were talking about
 4   filling vacant principalships.
 5       Q.  Okay.  So, it might have been once you
 6   became assistant superintendent you had these
 7   conversations with Mr. Sutton?
 8       A.  There certainly have been more of those in
 9   this role than when I was in building.
10       Q.  And my understanding of what you said a
11   moment ago was that you never told Mr. Sutton -- at
12   the time you were being considered to be a principal
13   you never told Sutton, I'm not going to come unless
14   you entice me with a higher salary?
15       A.  Correct.
16       Q.  Would you have come for the same salary?
17       MR. MANNING:  Objection as to form.  You
18   may answer.
19       THE WITNESS:  I don't know.
20       Q.  MS. HARPER:  Did you see a salary on the
21   posting that you responded to when you applied to be
22   principal?
23       A.  I don't recall a salary listed.
24       Q.  Was -- was it your view that the job at
25   Highland was a smart career move for you because it's
```

Derek Alan Hacke
November 7, 2016

---

37

1  either a bigger school, or maybe a better school
2  district, or something along those lines?
3      A.  Yes.
4      Q.  Tell me why you thought it was a smart
5  career move for you.  What were you thinking at the
6  time?
7      A.  Highland has a great representation in
8  Madison County, and is kind of a destination district
9  for a lot of people.  And it was certainly attractive.
10  Due to that I knew it was a good district.  I knew
11  that I would have to move my family, but I would be
12  moving my family and my kids to a great spot for them
13  to finish their -- hopefully finish their academic
14  careers through 12th grade.
15      Q.  And careerwise, was it your hope in moving
16  to Highland, which was a larger school, even if you
17  didn't get immediately a higher rate of pay, you would
18  get a higher rate of pay over the years?
19      A.  The move wasn't financially based.
20      Q.  It was based on the things you said, or
21  something else?
22      A.  Yes.  It was a chance to work in what I
23  considered to be a better environment than I was
24  currently in.
25      Q.  Was Roxana a troubled school district?

---

38

1          MR. MANNING:  Objection as to form.
2          THE WITNESS:  It is a more challenging
3  school district.
4      Q.  MS. HARPER:  Meaning more discipline
5  problems, worse attendance problems, that kind of
6  thing?
7      A.  Lower socio -- socioeconomics.
8      Q.  I see.  All right.  Now, getting back to
9  your -- is it a promotion?  It's a promotion from
10  principal to assistant superintendent; right?
11      A.  I think so.  On the line for staff it would
12  indicate it is.
13      Q.  Okay.  That's on an organizational chart
14  you would be higher up; right?
15      A.  Yes.
16      Q.  What are your areas of responsibility as
17  assistant superintendent?
18      A.  Curriculum and instruction for K through
19  12.  Grant writing, evaluation.
20      Q.  Of whom?
21      A.  Of building-level leadership.
22      Q.  Meaning principals?
23      A.  Correct, in the system.  I do most of the
24  human resources work.  That's probably the big
25  picture.

---

39

1      Q.  Okay.  Curriculum and instruction, without
2  getting into the specifics, is this deciding what
3  courses will be offered, that kind of thing?
4      A.  That's certainly part of it.  Making sure
5  that our curricula, our textbooks, our supplies, our
6  resources, everything that goes into the instructional
7  process are where they need to be and they are in line
8  to the learning standards, and that our teachers are
9  using best practice standards in the classroom.
10  That's a big piece of the puzzle.
11      Q.  This grant writing, who is offering grants
12  that you are seeking?
13      A.  The federal government.  They are Title 1,
14  Title 2.  Preschool for all through the State of
15  Illinois are the three that I manage.
16      Q.  Okay.  So, do you actually initiate these
17  grant proposals, or are you seeking extensions of
18  grants that are in existence already?
19      A.  That is correct.  They are not competitive
20  grants.  They roll over year-to-year.  We rewrite
21  them.  I mean, they are not competitive.
22      Q.  Okay.  And with respect to this grant
23  writing, so you are sort of updating where the school
24  is and why it needs the money still?
25      A.  Correct.

---

40

1      Q.  And are you doing reporting to the federal
2  government as well?
3      A.  Yes.
4      Q.  That's your role?
5      A.  My administrative assistant does, yes.
6      Q.  This evaluation of principals and assistant
7  principals, tell me what form this takes?
8      A.  It takes form of as observations as can be
9  accumulated.  And putting those observations and
10  recommendations and such on a document, on the
11  evaluation document for the principals.
12      Q.  So you put your observations and
13  recommendations on a document that you hand back to,
14  or deliver back to the assistant principals and
15  principals?
16      A.  Correct.
17      Q.  How often do you do that?
18      A.  It's annual.  It's supposed to be annual.
19  I haven't gotten to Karen formally in three years.  We
20  talk a lot, but she hasn't had a formal.
21      Q.  And then where are those observations and
22  recommendations maintained, these written documents?
23      A.  On an electronic file.
24      Q.  An electronic file?
25      A.  Like if I'm going to visit a faculty

Derek Alan Hacke
November 7, 2016

|  | 57 |
|---|---|
| 1 | process? I mean, did it ever cross your mind that you |
| 2 | should? |
| 3 | A. I was involved in university work at that |
| 4 | point. |
| 5 | Q. Since that time have you ever thought about |
| 6 | going through national board certification? |
| 7 | A. I have not. |
| 8 | Q. Does any other administrator other than |
| 9 | Dr. Gauen have national board certification? |
| 10 | A. Not that I'm aware. |
| 11 | Q. Has any other administrator who is no |
| 12 | longer with Highland had national board certification, |
| 13 | to your knowledge? |
| 14 | A. That I don't know. |
| 15 | Q. Did you have any role in selecting any |
| 16 | person to be an administrator in the high school? |
| 17 | A. Can you repeat that for me? |
| 18 | Q. Did you have any role in selecting any |
| 19 | person to be an administrator in the high school? |
| 20 | A. Yes. |
| 21 | Q. Who? |
| 22 | A. Chris Becker. |
| 23 | Q. Anyone else? |
| 24 | A. Caleb Houchins. You are speaking |
| 25 | administratively? |

|  | 58 |
|---|---|
| 1 | Q. Yes, sir. |
| 2 | A. Yes. |
| 3 | Q. Anyone else? |
| 4 | A. Not on the administrative side, no. |
| 5 | Q. Did you have any role in selecting |
| 6 | Dr. Gauen to be an administrator in the high school? |
| 7 | A. Yes. |
| 8 | Q. And so now we have three. Karen Gauen, |
| 9 | Chris Becker and Caleb Houchins? |
| 10 | A. Yes. |
| 11 | Q. What was your role in selecting Chris |
| 12 | Becker to be an administrator in the high school? |
| 13 | A. Part of the team that interviewed and |
| 14 | discussed with Mike. |
| 15 | Q. What was the team that interviewed Chris |
| 16 | Becker? |
| 17 | A. It was, I believe, the faculty council, |
| 18 | which is a representative group from the different |
| 19 | departments, department chairs primarily. |
| 20 | Q. So you and this team of the faculty |
| 21 | council? |
| 22 | A. And Mike. And I'm trying to remember if |
| 23 | anybody else was a part of that. I think that's -- I |
| 24 | think that's the bulk. |
| 25 | Q. At the time you interviewed Mr. Becker were |

|  | 59 |
|---|---|
| 1 | you assistant superintendent? |
| 2 | A. No. I was principal. |
| 3 | Q. And who did Mr. Becker ultimately replace? |
| 4 | A. He replaced Karen. |
| 5 | Q. What do you recall about the interview with |
| 6 | Mr. Becker? |
| 7 | A. I remember the location. I don't |
| 8 | remember -- I don't remember many of the questions or |
| 9 | his answers. |
| 10 | Q. Where did the questions come from? |
| 11 | A. I wasn't involved in their development. I |
| 12 | don't know whether -- if Lynne and Mike were involved |
| 13 | in their development, whether some of them were |
| 14 | shared -- if questions maybe were shared with faculty |
| 15 | council, and faculty council submitted some of their |
| 16 | own. I would assume that probably some were submitted |
| 17 | by the faculty council, but I don't know the give and |
| 18 | take and back and forth that arrived at what the |
| 19 | questions were. |
| 20 | Q. Did you ask any questions of Mr. Becker? |
| 21 | A. I don't recall. |
| 22 | Q. What was his background? |
| 23 | A. His background was he had been an assistant |
| 24 | principal at Ball-Chatham High School in Chatham, |
| 25 | Illinois. I want to say he had maybe -- this is |

|  | 60 |
|---|---|
| 1 | ballpark -- five years, maybe. He was involved in, |
| 2 | quite a bit with their student services and their |
| 3 | guidance department. He worked on the master |
| 4 | schedule, one of his roles. I don't recall -- I don't |
| 5 | recall the list of his duties. I think -- testing. |
| 6 | He was big -- he did a lot of assessment work with |
| 7 | them. A lot of the items that would typically go |
| 8 | through a high school guidance department Chris was |
| 9 | involved in. |
| 10 | Q. Ball-Chatham High School, where is that? |
| 11 | A. Chatham, Illinois, just on the southwest |
| 12 | side of Springfield. |
| 13 | Q. Outside of Springfield, Illinois? |
| 14 | A. Yes. |
| 15 | Q. How big a school is that? |
| 16 | A. A little bigger than Highland. 12 or 1300. |
| 17 | Q. And why was he leaving there? Why did he |
| 18 | say he was leaving there? |
| 19 | A. They were in some poor financial shape, and |
| 20 | they were cutting -- they were making cuts, and he was |
| 21 | one of them. |
| 22 | Q. At his school was he the only assistant |
| 23 | principal, or had there been more than one? |
| 24 | A. I think there were several. I think they |
| 25 | had a larger team. They might have had four or so. |

Derek Alan Hacke
November 7, 2016

---

73

1    Q.  All right.  Was this faculty -- what's the
2  role of this faculty council, other than sitting in on
3  interviews for principal?
4    A.  They are kind of a liaison between the
5  departments, the staff, the department staff, the
6  teachers in each department, and the principal.  There
7  are frequently or routinely meetings where you get
8  together and you bounce ideas off of one another.
9  They would be resources for how things are going in
10 the building.  These are some areas that we need to
11 work on, here are some concerns, here is what is going
12 well.  Hey, we are looking on planning a special day
13 for the kids in two weeks, what are your concerns?
14 What can we do?  They are kind of a catchall to
15 support and be a sounding board for a principal.
16    Q.  Are people who had these departments
17 compensated more highly than the teachers in the
18 departments?
19    A.  I believe there is a stipend.
20    Q.  There is a stipend.  I have seen that term,
21 stipend, throughout the documents.  What does stipend
22 mean as the Highland district uses it?
23    A.  Extra money for duty or for role.
24    Q.  Does this stipend, is there a limit on the
25 number of stipends that the district can pay a person?

---

74

1    A.  A single person, no.
2    Q.  So you could have six or ten of them?
3    A.  You could.
4    Q.  The stipend -- are stipends also paid to
5  administrators for extra duties?
6    A.  No.  Not that I'm aware.
7    Q.  So just the teachers get stipends?
8    A.  Yes.  They are contractual.
9    Q.  Okay.  And they are for things like, what,
10 drivers ed, and Saturday school?
11    A.  All the coaching responsibilities.  Many
12 folks who run clubs, or choir.  There was probably at
13 least three or four dozen of them all told.
14    Q.  And all of these stipends are in the
15 collective bargaining agreement with a sum of money
16 attached to each one?
17    A.  Yes.
18    Q.  So we were talking about Karen Gauen's
19 interview to be principal of the high school.  You
20 said you, Mike Sutton, probably Lynne Newton, but you
21 don't recall for sure, and the faculty council
22 interviewed her to be principal?
23    A.  (Indicated.)
24    Q.  Anything stand out about that interview
25 that you have not told me about?

---

75

1    A.  No.
2    Q.  Okay.  What was your recommendation as
3  to -- were you asked for a recommendation?
4    A.  Well, if I wasn't I probably gave it
5  anyway.  I can tell you what my recommendation was.
6  It was to employ Karen as principal.
7    Q.  Did the faculty council make a
8  recommendation?
9    A.  I believe they were in support of Karen.
10    Q.  Did you have conversation with Mr. Sutton
11 about selecting Karen as principal of the high school?
12    A.  I'm certain I did.
13    Q.  What do you recall about that?
14    A.  Just that we felt like she was the best
15 choice.  I say we, I think Mike was in agreement with
16 that as well.
17    Q.  Did you make any notes of this conversation
18 that you had with Mike Sutton about whether Karen
19 Gauen should be selected as principal?
20    A.  No.
21    Q.  Did there come a time when Mike Sutton
22 preferred to have Chris Becker as principal?
23        MR. MANNING:  Objection as to form.  You
24 may answer.
25        THE WITNESS:  Not that I recall.

---

76

1    Q.  MS. HARPER:  He never expressed to you that
2  he would prefer to have Chris Becker as principal?
3    A.  No.
4    Q.  Do you know whether he made -- did you hear
5  whether Mr. Sutton expressed a preference for
6  Mr. Becker as principal to anybody else?
7        MR. MANNING:  Objection as to form.  You
8  may answer.
9        THE WITNESS:  No.
10    Q.  MS. HARPER:  As you sit here today it's
11 your best memory that Sutton completely supported
12 Karen Gauen to be principal, and never expressed a
13 preference to Mr. Becker?
14    A.  Correct.
15    Q.  Let me ask you then, you also said you sat
16 in on the interview or were involved in the selection
17 of Caleb Houchins.  Am saying that right, Houchins?
18    A.  Yes.
19    Q.  What position did Mr. Houchins ultimately
20 obtain at Highland?
21    A.  It's a combination of athletic director and
22 assistant principal.
23    Q.  Does the Highland school district have a
24 job called athletic director?
25    A.  It's been squeezed to where we have -- the

---

Derek Alan Hacke
November 7, 2016

| | 77 |
|---|---|

1  high school is large enough, ideally we would have
2  four administrators, we have three.  One position is
3  squeezed with what would be typical of an assistant
4  principal's role and the athletic director.
5      Q.  But my question is, does the Highland
6  school district have a position description for
7  something called athletic director?
8      A.  We probably have a position description.
9      Q.  When was it last filled as a standalone
10  position, to your knowledge?
11          MR. MANNING:  Objection as to form.  You
12  may answer.
13          THE WITNESS:  I don't know.  It was well
14  before I was there.
15      Q.  MS. HARPER:  So since you have been with
16  the distinct there has never been a standalone
17  position at the high school called athletic director
18  position?
19      A.  The individual might be referred to as the
20  athletic director, but it's not a standalone position
21  that that is all they do.
22      Q.  But you have never seen, for instance,
23  since you started at the high school a job
24  announcement for the position athletic director?
25      A.  Not standalone that I recall.

| | 78 |
|---|---|

1      Q.  When Mr. Houchins applied to work for the
2  school district, what job did he apply for, if you
3  know?
4      A.  I believe assistant principal/athletic
5  director.
6      Q.  You think the job announcement said
7  assistant principal/athletic director?
8      A.  That's my best guess.
9      Q.  Sir, I'm not asking you your guess.  I just
10  want to know or what you recall?
11      A.  Then I don't know.
12      Q.  You don't know.  Okay.  When Mr. Houchins
13  was interviewed, you were present; right?
14      A.  I believe so, yes.
15      Q.  Who else was present?
16      A.  I'm trying to recall the context of the
17  meeting, and I can't find the location where we even
18  had the interview.  I'm trying to think back to who
19  the other applicants were, and trying to get a
20  recollection of that, and it's not coming right now.
21      Q.  Was there faculty council involved, if you
22  recall, in the selection of Caleb Houchins to be
23  assistant principal?
24      A.  I don't know.  I'm trying to remember who
25  was involved in the interview.  It would be -- it

| | 79 |
|---|---|

1  doesn't seem to me to be a typical practice for that
2  to have been the case, but I don't recall the meeting,
3  I don't recall the interview.
4      Q.  I'm sorry, what wasn't typical?
5      A.  Having the faculty council in for that type
6  of interview seems to me to be atypical.  That would
7  not be what we would normally do.  But I can't
8  remember the interview.
9      Q.  Okay.  So is it your testimony then that
10  the faculty council is typically involved in
11  interviews only for the principal position, not for
12  the assistant principal position?
13      A.  That's correct.
14      Q.  Who is typically, in your experience,
15  involved in interviewing people to fill a position of
16  assistant principal?
17      A.  Typically would be the building principal,
18  would be the superintendent, the assistant
19  superintendent.  Maybe the other assistant principal
20  of the high school but I don't know.  That depends on
21  the situation.  It would probably be a smaller team
22  involved with this.
23      Q.  And as you sit here today you don't recall
24  this interview where there might have been Dr. Gauen,
25  Mr. Sutton, yourself, and maybe Chris Becker

| | 80 |
|---|---|

1  interviewing Caleb Houchins?
2      A.  I can remember another candidate, but I'm
3  not getting myself back to the environment we were in
4  in the meeting.
5      Q.  Who was the other candidate that you do
6  recall?
7      A.  Matt -- I'm not drawing the names.
8      Q.  Somebody named Matt from some other
9  district?
10      A.  No.  He is in our district.  That's what is
11  frustrating me.  It will come to me in just a moment.
12  I'm sorry.
13      Q.  That's all right.  So, Matt and Caleb
14  Houchins both applied to be assistant principal?
15      A.  Yes.
16      Q.  Was Caleb Houchins -- what was his
17  background?
18      A.  He was a social science teacher.
19      Q.  Where?
20      A.  At Highland High School.
21      Q.  And he had been there for some number of
22  years?
23      A.  He was there when I arrived.
24      Q.  Had he ever held an administrator role
25  before, to your knowledge?

Derek Alan Hacke
November 7, 2016

81

1        A.   He had not, to my knowledge.  He had
2    experience in coaching.
3        Q.   Where?
4        A.   At Highland.
5        Q.   So he had gotten one of those stipends for
6    coaching?
7        A.   Yes.
8        Q.   What did he coach?
9        A.   He coached baseball.  I'm trying to recall
10   if he had any other roles beyond that.  I can confirm
11   baseball, I know that.
12       Q.   This person Matt, was he also --
13       A.   Elledge, excuse me.
14       Q.   Elledge?
15       A.   E-L-L-E-D-G-E.
16       Q.   What was Mr. Elledge's background?
17       A.   He was a special education teacher at
18   Highland High School.  He had been the head girls
19   basketball coach.  Then he had been -- I'm trying to
20   recall if he had been head boys basketball coach.  I
21   believe he had been as well.  He transitioned from
22   girls to boys.  I think he had already been with the
23   boys before the position was posted.
24       Q.   And he had an administrator role before he
25   applied to be assistant principal at Highland High

82

1    School?
2        A.   Not that I'm aware of.
3        Q.   Who did you recommend as between
4    Mr. Houchins and Mr. Elledge?
5        A.   Mr. Houchins was the recommendation.
6        Q.   Who did you recommend?
7        A.   Who did I recommend?
8        Q.   Yes, sir.
9        A.   I wasn't heavily involved in this.  I
10   didn't view this as something that was my choice.
11       Q.   Whose choice did you view it?
12       A.   Karen's.
13       Q.   So, who did she recommend?
14       A.   Caleb Houchins.
15       Q.   Is it fair to say that the principal can
16   not on her own or his own promote a teacher to be
17   assistant principal?
18       A.   That's correct.
19       Q.   Who has to approve that?
20       A.   Generally the superintendent would be
21   involved in that decision.
22       Q.   And is the superintendent the final
23   authority in that?
24       A.   Before the school board, yes.
25       Q.   Does the school board basically go along

83

1    with what the superintendent and the principal want
2    for selections as assistant principal?
3        A.   We sure hope so.
4        Q.   In your experience?
5             MR. MANNING:  Object as to form.  Go ahead.
6             THE WITNESS:  We sure hope so.  And, yes,
7    in our district it has been.
8        Q.   MS. HARPER:  Can you think of any time when
9    the school board said no to a candidate for an
10   administrative role who was recommended by the
11   superintendent?
12       A.   I can't recall one.
13       Q.   And just to followup on that.  Can you
14   think of a time when it happened but you don't
15   remember the name, or are you saying that to your
16   knowledge it did not happen since you have been there?
17            MR. MANNING:  Objection as to form.  You
18   may answer.
19            THE WITNESS:  It has not happened.
20       Q.   MS. HARPER:  Since you have been there?
21       A.   Since I have been there.
22       Q.   Other than Karen Gauen, Chris Becker and
23   Caleb Houchins who were selected for administrative
24   roles in the high school, is there anybody else who
25   was selected for an administrative role in the high

84

1    school whose selection process you participated in?
2        A.   Not that I recall, no.
3        Q.   So you have been assistant superintendent
4    now since 2013 you said?
5        A.   Yes.
6        Q.   Did you have -- can you tell me how
7    administrators' salaries are determined since you have
8    been assistant superintendent?
9        A.   They are based upon the responsibilities of
10   the role, which vary across the buildings.  And
11   experience would probably -- was the second biggest
12   factor.
13       Q.   And focusing solely on the high school,
14   what responsibilities are there that determine --
15   strike that.
16            What responsibilities are associated with
17   the role of assistant principal?
18       A.   They will all be involved in some degree of
19   attendance.  Building management, which includes
20   student management and discipline.  They will be
21   involved in certified and non-certified evaluations.
22   Supervisory work at extracurriculars.  Those are
23   common among all of them -- both of them.
24       Q.   And since you have been in the district
25   have there been any other responsibilities in the role

Derek Alan Hacke
November 7, 2016

---

85

1   of assistant principal that to your knowledge have
2   anything to do with salary?
3       MR. MANNING: Objection as to form. You
4   may answer.
5       THE WITNESS: Could you clarify that for
6   me?
7      Q. MS. HARPER: Sure. You said that the
8   salary is based on the responsibilities of the role
9   and experience. And with respect to the first thing
10   you listed, the responsibilities of the role,
11   attendance, building management both students and
12   discipline, certified and non-certified evaluations,
13   and supervision of extracurriculars are the things you
14   named. Are there any other responsibilities of the
15   role of assistant principal that have anything to do
16   with salary?
17       MR. MANNING: Objection as to form, but you
18   may answer.
19       THE WITNESS: No.
20      Q. MS. HARPER: With respect to experience,
21   what does experience have to do with the salary of an
22   assistant principal?
23      A. Well, evidence of successful work in a
24   similar role will lead to typically a higher salary.
25      Q. How much higher?

---

86

1       MR. MANNING: Objection as to form. You
2   may answer.
3       THE WITNESS: It depends on the individual
4   and it depends on the role.
5      Q. MS. HARPER: What role produces the highest
6   salary, if you can prove successful work?
7       MR. MANNING: Objection as to form. You
8   may answer.
9       THE WITNESS: The way the structure has
10   been at the high school is that the associate
11   principal role currently held by Mr. Becker has had
12   more of an instructional support with it. It doesn't
13   have the athletic responsibilities, and so it takes on
14   more of the instructional support. Probably a little
15   bit more discipline. Probably a little bit more
16   attendance work directly with teachers, directly with
17   students.
18       The structure has been -- that position has
19   been paid more, but I can't quote you how much more,
20   but it has been paid more in the past. And the
21   athletic director position, assistant principal role
22   that is currently filled by Mr. Houchins has kind of
23   been more the entry level position, if you will, and
24   has been compensated I believe the lowest of the three
25   administrators at the high school.

---

87

1      Q. MS. HARPER: You used the term -- let me
2   back up. I asked you what experience -- strike that.
3       I asked you about the -- you said the
4   evidence of successful work in a similar role depends
5   on the individual and the role. And I asked you what
6   role with similar successful experience produces the
7   highest pay. So we are talking about successful
8   experience before the person assumes the role. That's
9   what I'm asking you about.
10       MR. MANNING: Objection as to form. You
11   may answer.
12       THE WITNESS: Well, if the individual has
13   been in the district doing a similar role. Been in a
14   leadership position at another high school, and moved
15   to our high school, for example, they would be
16   compensated at a higher rate than somebody entering
17   that position with no experience.
18      Q. MS. HARPER: How much higher?
19       MR. MANNING: Objection as to form. You
20   may answer.
21       THE WITNESS: It's difficult to say.
22      Q. MS. HARPER: When somebody has come in from
23   another district, and they have worked in a high
24   school, does it make any difference whether the high
25   school is larger, smaller, rural, urban, lower

---

88

1   socioeconomics, upper socioeconomics; any of those
2   things make a difference in terms of that person's
3   experience and the effect of that experience on the
4   pay that Highland will give them?
5      A. I don't know that I have a big enough
6   example size to answer that question, because the only
7   person that I can remember we brought in that would
8   be -- could be part of this discussion is Mr. Becker.
9       I don't think that all of those different
10   possibilities that you mentioned are going to be --
11   are going to drive it. I don't think coming from a
12   higher socioeconomic school is going to lead to a
13   higher salary than if they came from a school with
14   lower socioeconomic.
15       MR. MANNING: Objection.
16      Q. MS. HARPER: Have you ever seen anything in
17   writing setting out this discussion of how prior
18   experience affects salary when that prior experience
19   gives evidence of successful work in a similar role?
20      A. No.
21      Q. How did you learn that evidence of
22   successful work in a similar role makes a difference
23   as to salary?
24      A. Logical.
25      Q. So you just pulled it out of logic, or did

---

Derek Alan Hacke
November 7, 2016

---

97

1    Q.  I see.  So this testimony you have given me
2  about what salary is based on, is this your
3  understanding of what has happened based on your
4  conversations with Mr. Sutton?
5    A.  Correct.
6    Q.  And you don't have any personal knowledge
7  of what happened with respect to salary either -- for
8  any of these people at the high school, Caleb
9  Houchins, Chris Becker or Karen Gauen?
10       MR. MANNING:  Objection as to form.  You
11  may answer.
12       THE WITNESS:  Correct.
13    Q.  MS. HARPER:  Okay.
14    A.  You should have known that coming in.  I'm
15  not the salary man.
16    Q.  I asked you the question, how is
17  administrative starting pay determined, and if you had
18  told me I don't have any role there, I don't have any
19  personal knowledge, then we could have cut this short.
20    A.  I think we were there.
21    Q.  Okay.  So, you don't have any knowledge
22  personally, and you don't have any role in determining
23  administrators' starting pay in the high school?
24    A.  That's correct.
25    Q.  Okay.  Thank you.  Do you have any role in

---

98

1  what an administrator is paid thereafter?  Not
2  starting pay, but after they have been in the job one
3  year, two years, three years, four?
4    A.  I do not.
5    Q.  Do you know why Highland pays faculty more
6  for having obtained national board certification?
7    A.  It started out, is my understanding, as a
8  state commitment to supporting national board.  If
9  there was going to be a stipend it would come down --
10  I don't even think it was from the district
11  originally, I think it was from the state.  That
12  achieving national board resulted in -- I don't know
13  if it was $2,000 boost a year, and I think that went
14  away at some point and maybe the district picked it
15  up.  I'm not sure I answered your question.  Would you
16  restate that?
17    Q.  Sure.
18       MR. MANNING:  Let's do this.  Maybe it's
19  time to take a break.  We have been going for two
20  hours.  I don't want to interrupt this question.
21       MS. HARPER:  Sure.  No problem.
22       THE WITNESS:  We can finish it if you like
23  if I didn't answer your question.
24    Q.  MS. HARPER:  National board certification,
25  the idea of paying additional money to an educator who

---

99

1  attains that initiated, as you understand it, with
2  some action by the state of Illinois designed to
3  encourage educators to get this certification?
4    A.  Yes.
5       MS. HARPER:  Okay.  We will take a break.
6       (A short break was then taken.)
7    Q.  MS. HARPER:  I'm going to turn to a
8  different topic now.  Are you ready?
9    A.  (Indicated.)
10    Q.  Just so I have a clear record on this.
11  When Dr. Gauen took over as principal at the Highland
12  High School was she in the same building that you had
13  been in as principal?
14    A.  Yes.
15    Q.  Was her office the same office?
16    A.  Yes.
17    Q.  Has the building changed in any substantial
18  way, additions, deletions, anything like that since
19  you were principal?
20    A.  No.
21    Q.  Is the student body about the same size?
22    A.  Yes.
23    Q.  Is the job of principal, as you understand
24  it now, that Dr. Gauen is doing, the same job that it
25  was when you held the job?

---

100

1    A.  Yes.
2    Q.  Is there anything about the job that is
3  substantially different as you sit here today that you
4  could tell me about it?
5    A.  No.  It certainly has not gone down in
6  responsibility.
7    Q.  Has it increased a little bit?
8    A.  Some of the state requirements have made it
9  even more challenging.
10    Q.  I saw in the newspaper that Highland is now
11  in the top 50 schools in the State of Illinois.  Is
12  that something that you are familiar with?
13    A.  To some degree, yes.
14    Q.  So at some point it was in the top 100, and
15  now it has reached top 50 on the PARCC scores?
16    A.  Yes.
17    Q.  What are the PARCC scores?
18    A.  Illinois, three years ago -- two years ago
19  changed from what was called the prairie state
20  achievement examination for juniors to what is called
21  now what was PARCC, Partnership for Assessment for
22  Readiness for College and Careers.  So we went to that
23  assessment.  So the last two years the kids at the
24  high school have scored exceptionally well compared to
25  their peers across the state.

---

Derek Alan Hacke
November 7, 2016

---

101

1      Q.  Does Highland now -- is Highland number one
2  in the region, or number one in the state?  What's its
3  ranking?
4      A.  I think we were near the top, if not the
5  top in the region.
6      Q.  And what's the region, southwestern
7  Illinois?
8      A.  At least Madison and St. Clair counties, if
9  not larger than that.
10     Q.  Is that achievement of that ranking due in
11 some part to Dr. Gauen's leadership as principal?
12     A.  She does a very good job in instruction and
13 leadership.
14     Q.  So the achievement of that ranking is due,
15 at least in some part, to her leadership?
16         MR. MANNING:  Objection as to form.  You
17 may answer.
18         THE WITNESS:  I'm certain it is.
19     Q.  MS. HARPER:  And obviously it is due also
20 to the students and the teachers, and everybody works
21 together in the school; is that right?
22     A.  That's correct.
23     Q.  Let me go back to this national board
24 certification for a minute.  We were talking about it
25 a minute before we took the break.  Does a person lose

---

102

1  the additional stipend or sum of money if they lose
2  their certification?
3      A.  I believe they do.
4      Q.  You have to be -- continue to be certified,
5  and each time you are current in your certification
6  you get some sum of money, whether it's a thousand or
7  $2,000?
8      A.  Correct.
9      Q.  And I just wanted to ask you.  I think you
10 may have answered this, and if you did I apologize.
11 But does anybody else in administration hold national
12 board certification?
13     A.  No, I don't think they do.
14     Q.  Does Highland pay its administrators a
15 higher money -- amount of money each year if they
16 achieve educational goals, like a master's, master's
17 plus 15, master's plus 30; anything like that?
18     A.  No.  It has been across the board.  We
19 haven't had anything that's been merit-based nor
20 education-based in the past.
21     Q.  Ever?
22     A.  Not that I'm aware of.  Not since I have
23 been there.
24     Q.  If a teacher goes ahead and gets a master's
25 in his or her field, do they get more money?

---

103

1      A.  They do.
2      Q.  But not teachers -- but not administrators?
3      A.  Correct.
4      Q.  And why is that?  What's that thinking, if
5  you know?
6          MR. MANNING:  Objection to form.  You may
7  answer.
8          THE WITNESS:  We don't have a salary
9  schedule like the teachers have that would drive that.
10 And we haven't had any multiplier that would increase
11 a salary based upon attainment of another advanced
12 degree or a national board recertification.  It's just
13 not a part of the structure.
14     Q.  MS. HARPER:  What is the structure for
15 administrator pay?
16     A.  There is not a salary schedule.  It goes
17 back to again the things that we have discussed.
18     Q.  So there is no floor, there is no ceiling,
19 there is no structure?  There is no extra money for
20 education, and there is no extra money for anything
21 that you can tell me about?
22         MR. MANNING:  Objection as to form.  You
23 may answer.
24         THE WITNESS:  Correct.  Nothing formal.
25     Q.  MS. HARPER:  What is there that's informal?

---

104

1      A.  Probably nothing informal either.
2      Q.  I just want to make that distinction when
3  you say nothing formal.  If there is anything informal
4  I would like to know what you know about the informal?
5      A.  What has happened in the past has been the
6  average increase given to teachers has been then given
7  to administrators across the board.  That's been the
8  general practice.
9      Q.  And that's been since you started at the
10 district in '09?
11     A.  Yes.  Except for a few years in there when
12 there was absolutely no money.  We took freezes most
13 of the time.  When we got a raise it was typically
14 what the teachers got.
15     Q.  If the teachers get 3.3 percent, the
16 administrators get 3.3 percent?
17     A.  I wish that were the case.  It's about 1.2.
18     Q.  Whatever it is, if the teachers get it, the
19 administrators get it?
20     A.  (Indicating.)
21     Q.  Is that a yes?
22     A.  Yes.
23     Q.  And that's been true since '09, except for
24 those years that you talked about?
25     A.  Yes.

---

Derek Alan Hacke
November 7, 2016

---

105

1   Q.  When you came to work for the district was
2   this faculty council part of your interview?
3       A.  Yes.
4   Q.  It was?
5       A.  It was.
6   Q.  And it's the same sorts of heads of the
7   department, they might have been different incumbents
8   but the same heads of departments?
9       A.  Yes.
10  Q.  Do you have anything to do with the
11  contracts that are offered to administrators?
12      A.  I do not.
13  Q.  What is your contract now?  Is it actually
14  a contract or is it a memo of understanding?
15      A.  It's a contract.
16  Q.  It's a contract.  What are the terms of
17  your contract, just in general?
18      A.  I think I have a four-year contract.  Since
19  it's multi-year it has to be meeting goals.  It states
20  salary will not go beyond -- below, rather, whatever
21  the established figure is.  It establishes dismissal
22  for cause.  That looks like just standard boilerplate
23  administrative contract, nothing special.
24  Q.  What do you mean since it's multi-year it
25  has to have goals; what does that mean?

---

106

1       A.  To have an multi-year contract in the State
2   of Illinois for an administrator there needs to be
3   goals attached.
4   Q.  What kind of goals?
5       A.  It might be -- it could be a variety of
6   things.  Typically it's not tied to test scores, but
7   it could be that the administrator is going to help
8   transition the building from an eight-period day to a
9   seven-period day.  The administrator is going to
10  initiate this new program.  The administrator is going
11  to do things that are measurable and they have direct
12  control over goals met, the contract continues.
13  Q.  Okay.  So your contract is a four-year with
14  some kind of goals, and the reasons there were goals
15  is that the state law says you can't have multi-year
16  without them?
17      A.  That's correct.
18  Q.  Who evaluates whether you have met your
19  goals?
20      A.  Mr. Sutton.
21  Q.  And you said your contract is typically no
22  decrease in pay over the term, and dismissal for cause
23  are covered?
24      A.  Correct.
25  Q.  Have all of your contracts since you came

---

107

1   to Highland been multi-year contracts with goals?
2       A.  They have.
3   Q.  Did you ask for multi-year contracts?
4       A.  My first contract it was offered.  I think
5   it's been offered every time.  I don't think I have
6   requested specifically a multi-year contract.
7   Q.  What's the advantage to you to a multi-year
8   contract?
9       A.  It's stability.
10  Q.  Anything else?
11      A.  That was it primarily.  It was more
12  important to me, well, it's still important -- it was
13  more important when we picked up our family and moved
14  that there was a going to be a guarantee -- with good
15  job performance, the position was going to be there
16  for a number of years to support moving a family.
17  Q.  And again I just want to make sure.  I
18  thought you said in your first contract you were
19  offered the multi-year contract, you didn't ask for
20  it?
21      A.  I wouldn't have taken it without a
22  multi-year contract, but I didn't have to request it,
23  it was offered.
24  Q.  Can you tell me whether the
25  responsibilities of the position of principal in the

---

108

1   high school have changed significantly since Dr. Gauen
2   took over the job after you?
3       A.  They have not.
4   Q.  Can you tell me whether the skills needed
5   to succeed in the job have changed in any significant
6   way from the time you left the job until Dr. Gauen
7   took the job?
8           MR. MANNING:  Objection as to form.  You
9   may answer.
10          THE WITNESS:  They have not.
11  Q.  MS. HARPER:  Can you tell me whether the
12  effort required to get the job done is any different
13  now since Dr. Gauen has had the job from what it was
14  when you had the job?
15      A.  The job is substantially the same in every
16  respect.
17  Q.  What is an SRO?
18      A.  School resource officer.
19  Q.  What is that?
20      A.  It's a police officer who is employed by --
21  could be fully by the school.  It could be split
22  between the school and the municipality or the
23  jurisdiction, or it could be completely funded by the
24  municipality and the jurisdiction, but they spend
25  their days in the school doing a role which is

---

Derek Alan Hacke
November 7, 2016

109

1   valuable because they provide security.  That's one
2   piece of it.  Obviously we have had one.  We no longer
3   do in our district.
4       Q.  You have had a school resource officer in
5   one of the schools?
6       A.  We had them in the high school when I
7   arrived.  And I believe we lost them after year two or
8   year three.  I was in the high school.  I don't recall
9   which year they were lost.  Maybe year three.
10      Q.  When there was a school resource officer
11  provided either by the municipality or by the district
12  or whatever, that's a uniform police officer?
13      A.  Correct.
14      Q.  Somebody who carries a badge and provides
15  security, you said?
16      A.  Provides security.
17      Q.  Do they also provide any role with respect
18  to discipline?
19      A.  Not -- run-of-the-mill discipline, but
20  if there is anything that borders up against
21  potentially illegal activity, they would get involved.
22      Q.  And why doesn't the high school have a
23  school resource officer anymore?
24      A.  It was financial.  I want to say that the
25  district and the village split the cost, although I'm

110

1   not sure it was exactly 50/50.  But both the school
2   and the village funds were tight, and it was a
3   casualty of budget cuts.  We lost a number of
4   teachers, and we lost a number of roles, and that was
5   one of them.
6       Q.  In losing that position, was it or wasn't
7   it a reflection on the need for the position?
8       A.  It was not a reflection on need.
9       Q.  In your experience both as a principal when
10  Dr. Gauen was assistant principal, and as an assistant
11  superintendent since she has been principal, have you
12  been her next sort of direct boss?
13      A.  We speak frequently.  It could be either
14  Mike or I, it depends on the nature of the question.
15      Q.  But you have had a lot of contact with her
16  over the years?
17      A.  Absolutely.
18      Q.  Is she a competent assistant principal, or
19  was she a competent assistant principal?
20      A.  Absolutely.
21      Q.  Is she a competent principal?
22      A.  Yes.
23      Q.  Is she more than competent as principal?
24          MR. MANNING:  Object to the form of the
25  question.

111

1           THE WITNESS:  Karen does a great job.  She
2   is extremely competent.  If you want to call that more
3   than competent, I don't have an issue with that, yes.
4       Q.  MS. HARPER:  Does anybody else who serves
5   in the high school in an administrative role have the
6   same educational background as Karen Gauen, meaning
7   two master degrees and a doctorate in education?
8       A.  Speaking of administrators or across the
9   building?
10      Q.  Administrators?
11      A.  No.
12      Q.  Is there anybody who teaches who has two
13  master's and an Ed.D.?
14      A.  We do not have anybody in the building to
15  my knowledge that has an Ed.D.
16      Q.  And when I say Ed.D., I mean a doctorate in
17  educational administration.  Is that the same thing
18  you mean?
19      A.  Yes.  We are on the same page.
20      Q.  I think you told me earlier this morning
21  that you are working toward, or have hours toward --
22  maybe I got this wrong.  My memory is not that good.
23  You have hours toward an Ed.D., or you already have
24  it?
25      A.  No.  I just have a specialist.

112

1       Q.  You have a specialist.  That's like you are
2   almost there but not quite?
3       A.  It's a number of courses.  Whether that's
4   four, five, six and a dissertation.  It's the tier
5   between master's and doctorate.
6       Q.  Okay.  So you are sort of all but
7   dissertation and two courses or three courses?
8       A.  More than two or three.  It may be like a
9   half a dozen.  It would have been a two-year thing.
10      Q.  Are you working toward an Ed.D.?
11      A.  I am not.
12      Q.  It's not on your present plans?
13      A.  It is not on my present plans.
14      Q.  Is there any other kind of pay plan?  You
15  told me there wasn't any merit pay plan for
16  administrators.  Is there a seniority pay plan for
17  administrators?
18          MR. MANNING:  Objection as to form.  You
19  may answer.
20          THE WITNESS:  No.
21      Q.  MS. HARPER:  In other words, where you get
22  a certain amount of pay after you have been there one
23  year, two years, three years, whatever?
24      A.  No.
25      Q.  No plan like that?

Derek Alan Hacke
November 7, 2016

121

1    Q.   Are those all similar size schools in the
2  region?
3    A.   They are.
4         (Deposition Exhibit No. 2, Application for
5  Employment, was then marked for identification by the
6  attorney.)
7    Q.   MS. HARPER:  Let me hand you next what I
8  have marked Exhibit 2.  For the record, Exhibit 2
9  bears the Bates numbers in the lower right-hand corner
10  SD, that reflects that the school district produced,
11  0252 consecutively through 0255.
12         Take a minute to look at Exhibit 2.  When
13  you have finished let me know.
14         Have you finished?
15    A.   Yes.
16    Q.   Do you recognize Exhibit 2 as your
17  application for employment dated January 2nd, 2007?
18    A.   Yes.
19    Q.   And at the time you were applying for an
20  administrative position with Highland?
21    A.   Yes.
22    Q.   Which administrative position were you
23  applying for?
24    A.   High school principal.
25    Q.   I notice that nothing was checked here, you

122

1  know, for -- not that there would be one, but senior
2  high.  Do you see where it says administrative?  Was
3  there a posting here that you were responding to when
4  you filled out this application, Exhibit 2?
5    A.   Yes.
6    Q.   And was the posting the posting for
7  principal?
8    A.   I'm looking at the date.  It says '07.
9  This may have been my first -- my initial application.
10    Q.   Right.  I have another one dated '09.
11    A.   So this was the application for the
12  first -- this is my first application that I did not
13  receive the position following this application.  This
14  is the first cycle.
15    Q.   And this is the job that Mr. Ebener got, I
16  think you said?
17    A.   Correct.
18    Q.   You did get an interview when you applied
19  this first time?
20    A.   I did.
21    Q.   That interview was with the superintendent
22  who preceded Mr. Sutton?
23    A.   Correct.
24    Q.   What was that person's name?
25    A.   Mr. Warner, Marvin Warner.

123

1    Q.   Was the assistant superintendent Lynne --
2    A.   Newton.
3    Q.   Newton.  Was she in on your interview?
4    A.   She was.
5    Q.   Anybody else?
6    A.   No.
7    Q.   Why did you want to leave Roxana and become
8  a principal in Highland in 2007?
9    A.   Highland was a destination district for me.
10  That was where I wanted to be.
11    Q.   On your references here on page 3 of this
12  application, Exhibit 2, you list somebody named Deets,
13  David Deets.  Is that any relation to the person that
14  you told me about earlier?
15    A.   Brother-in-law.
16    Q.   And the person who is on the faculty
17  council?
18    A.   Correct.
19    Q.   I notice here that you are not asked for
20  your salary on the application for employment.  I may
21  be testing your memory, in fact I'm sure I am, but did
22  the topic of your salary come up in this interview
23  with Mr. Warner and Ms. Newton when you applied in
24  2007?
25    A.   I don't think salary discussion was part of

124

1  the interview.
2         (Deposition Exhibit No. 3, Letter Dated
3  January 25, 2007, was then marked for identification
4  by the attorney.)
5    Q.   MS. HARPER:  Okay.  Let me hand you next
6  what I have marked as Exhibit 3.  For the record
7  Exhibit 3 bears the Bates number SD299, and is a
8  letter on Highland Community Unit School District
9  Number 5 dated January 25th, 2007, to you.  Do you
10  recognize that document?
11    A.   I do.
12    Q.   Is that the letter Marvin Warner sent you
13  thanking you for applying and declining to employ you
14  in 2007?
15    A.   Yes.
16    Q.   So did your interview happen sometime
17  between the day you applied and January 25th?
18    A.   Yes.
19         (Deposition Exhibit No. 4, 2009 Application
20  For Employment, was then marked for identification by
21  the attorney.)
22    Q.   MS. HARPER:  Let me go next to Exhibit 4.
23  For the record, Exhibit 4 bears the Bates numbers
24  SD247 consecutively through 251, and is another
25  Highland Community Unit School District Number 5

Derek Alan Hacke
November 7, 2016

---

133

1  to be part of the team, strong knowledge of facilities
2  management, ability to produce effective school
3  climate, and ability to face challenges?
4      A.  I believe so.
5      Q.  And did Mr. Warner, when he interviewed
6  you, say to you anything along the lines that you were
7  lacking anything in particular, that you remember?
8      A.  No.
9          (Deposition Exhibit No. 10, Hacke
10 Employment Contract, was then marked for
11 identification by the attorney.)
12     Q.  MS. HARPER:  Let me hand you what I'm
13 marking as Exhibit 10 now.  For the record, Exhibit 10
14 is another posting.  This one bears the number School
15 District 55a.  For the record, Exhibit 10 is also a
16 principal posting with a deadline of April 17th, 2009,
17 for the position at the high school as principal.
18     Do you recognize Exhibit 10 as the posting
19 that you applied for -- the second time you applied at
20 Highland?
21     A.  I do.
22     Q.  If you look under salary, this one has an
23 additional notation that a multi-year contract may be
24 offered; do you see that there?
25     A.  I do.

---

134

1      Q.  That wasn't on the earlier posting in 2007;
2  right?
3      A.  Correct.
4      Q.  And does seeing this multi-year contract
5  may be offered on the posting in 2009, Exhibit 10,
6  refresh your memory as to whether that topic actually
7  came up at any time in the interview?
8      A.  No.  I don't recall anything regarding
9  contract being discussed in the interview.
10     Q.  Okay.  And in this one the superintendent
11 is Mike Sutton?
12     A.  Correct.
13     Q.  Does a doctorate in educational expertise
14 add to a candidate's expertise?
15     MR. MANNING:  Objection as to form.  You
16 may answer.
17     THE WITNESS:  It can.  It doesn't always,
18 but it certainly can.
19     Q.  MS. HARPER:  Can you tell me a time when it
20 didn't, in your experience?
21     A.  We have had applicants who have had
22 doctorates who didn't have other skill sets like
23 communication, and a personality, and some things that
24 were inherent skills necessary to effectively run a
25 building and to work with students and parents and

---

135

1  teachers.  So having the letters doesn't necessarily
2  mean that they have the entire skill set.
3      Q.  And I understand that.  I'm not asking
4  about the entire skill set.  I'm simply asking about
5  does a doctorate in educational administration add to
6  a candidate's educational expertise?
7      MR. MANNING:  Objection as to form.  You
8  may answer.
9      THE WITNESS:  Depending on what their
10 dissertation was, yes.  If their studies were and they
11 are involved in instruction and curriculum and things
12 directly related to assisting kids learning, yes, but
13 they are not all that.
14     Q.  MS. HARPER:  The administrative work year
15 that the Highland school district sets, do you know
16 what that administrative work year is?
17     A.  July 1 to June 30.
18     Q.  It's a 12-month year?
19     A.  Not all principals are 12 months.
20     Q.  Why not?
21     A.  That was the case when I came in.  I don't
22 know.  I don't know why.  Since Mike has been there I
23 think everybody has been on a 12 month.
24     Q.  But whoever didn't have a 12 month before
25 Mr. Sutton is grandfathered into a different term less

---

136

1  than 12 months?
2      A.  They have not been bumped up to a 12 month
3  contract.  I believe he has left those that have 10 or
4  10 and a half month contracts remain.
5      Q.  Does the building principal have
6  administrative responsibility for the improvement of
7  instruction?
8      A.  Yes.
9      Q.  And did -- has the district under
10 Dr. Gauen's leadership as building principal seen
11 steady improvement of instruction as demonstrated by
12 whatever the criteria is in her term?
13     MR. MANNING:  Objection as to form.  You
14 may answer.
15     THE WITNESS:  I think Karen does a great
16 job in instructional leadership.  I don't have a
17 measure to put against that.  The test scores are very
18 good in part.  She also does instructional practices
19 inventory that measures student engagement, student
20 engagements related to learning.  Her role in that and
21 her leadership is indicating that structural practices
22 are improving in her building.
23     Q.  MS. HARPER:  Are the ACT scores going up
24 each year since she has been there?
25     A.  That I don't know, because we have kind of

---

Derek Alan Hacke
November 7, 2016

---

145

1  Q. Employment desired, open vacancy?
2  A. Yes.
3      (Deposition Exhibit No. 14, High School
4  Principal Employment Application, was then marked for
5  identification by the attorney.)
6  Q. MS. HARPER: Let me hand you what I'm
7  marking as Exhibit 14. For the record, Exhibit 14 is
8  a one-page document that the school district produced.
9  Actually, I misspoke there. This doesn't have a Bates
10  number on it.
11      MR. MANNING: I think it does.
12      THE WITNESS: It's tracked over the top of
13  it.
14      MR. MANNING: Over that part.
15      MS. HARPER: I can't tell what it is.
16  School district, maybe it's 62.
17      MR. MANNING: We can confirm offline, and
18  so a correction on that, but I can't read it.
19  Q. MS. HARPER: Okay. So, the school district
20  produced Exhibit 14. That's a high school principal
21  job posting with a closing date of 12/22/12. And if
22  you look up there above the closing date, it says
23  Job ID 175; is that right?
24  A. It does.
25  Q. Is Exhibit 14 the posting of the vacancy

---

146

1  that Mr. Becker applied for in Exhibit 13?
2  A. Yes.
3  Q. And that's the same job that Karen Gauen
4  applied for as principal of the high school?
5  A. Yes.
6  Q. Mr. Becker in Exhibit 13 notes that in
7  experience the job that I guess he currently holds,
8  Ball-Chatham CUSD 5. Reason for leaving: Still
9  employed. Possible administrative cuts in 2013, 2014.
10  Do you see that there?
11  A. I do.
12  Q. Do you know whether or not by March of 2013
13  Mr. Becker was given notice of nonrenewal at that
14  district that he was at, Ball-Chatham?
15      MR. MANNING: Objection to the form. You
16  may answer.
17      THE WITNESS: I don't know directly but
18  March is typically the month when that has to happen
19  legally.
20  Q. MS. HARPER: Right. And do you know
21  whether he actually got notice of nonrenewal?
22  A. I don't know directly.
23  Q. Do you know indirectly, or have you heard
24  indirectly?
25  A. I think he got the notice. I don't know

---

147

1  that he would have moved had he not been anticipating
2  or received it.
3  Q. I mean, it says possible administrative
4  cuts. I just want to know if you know whether that
5  actually was going to happen or did happen before he
6  came to work for Highland, that he actually got cut?
7      MR. MANNING: Objection as to form. You
8  may answer.
9      THE WITNESS: I don't know if he knew at
10  the time of interview whether he had received his
11  notice or was just expecting the notice.
12  Q. MS. HARPER: Did you learn at some later
13  time that sure enough he did get the notice?
14  A. I don't think we revisited that. Once he
15  was hired I don't think we went back and talked much
16  about that.
17  Q. Were you aware that the Ball-Chatham school
18  district opened an administrative position for the
19  school year '13-'14 after Mr. Becker left?
20  A. No.
21      (Deposition Exhibit No. 15, Hacke 2009
22  Employment Contract, was then marked for
23  identification by the attorney.)
24  Q. MS. HARPER: I'm going to hand you next --
25  I'm sorry, this is out of order. That's my mistake.

---

148

1  This is your contract, I believe, your first contract
2  for 2009.
3      For the record that's Exhibit -- what's the
4  number I put on there, sir?
5  A. The SD number?
6  Q. No. The exhibit number?
7  A. 15.
8  Q. 15. So I have handed you Exhibit 15. It
9  has the Bates numbers School District 296 through 298.
10  If you would just let me know briefly, is this the
11  employment contract between you and the Highland Board
12  of Education covering the period from July 1, 2009
13  through June 30th, 2012? In other words, your first
14  contract?
15  A. Yes.
16  Q. Okay. And do you recall that when the
17  district hired you your base annual salary was
18  $110,000 a year?
19  A. My base was 100, and I took the $10,000
20  insurance as a cash benefit because my wife carried
21  the insurance.
22  Q. I'm sorry. You got offered $100,000?
23  A. The package was $110,000, because my wife
24  carried the insurance.
25  Q. Your wife bought health insurance for you

---

Derek Alan Hacke
November 7, 2016

---

149

1  and your family through her employer?
2      A.  That's correct.  So I took -- I took what
3  would have been the insurance benefit as a cash
4  benefit.
5      Q.  So the district would have picked up yours
6  and your family's health insurance premiums annually
7  if you had wanted them to do that, but since you
8  didn't they gave you $10,000 more in salary?
9      A.  At that point, yes, family insurance came
10  along with the contract.  I didn't need the insurance
11  and so it went to salary.
12      Q.  How much was the health insurance that you
13  didn't need?
14      A.  That would be complete speculation.  I'm
15  not sure.
16      Q.  Don't know.  When did you have the
17  discussion that I want it to be, you know, in cash
18  rather than in health insurance premiums?
19      A.  Prior, when Mike and I discussed
20  compensation.
21      Q.  And that was after you accepted the job?
22      A.  It was within that same conversation.  I
23  don't know whether I had accepted it, and then we had
24  a conversation about this.  Which order that appeared,
25  but they were close to one another.

---

150

1      Q.  Well, let me ask you this.  Did you know
2  when you were being interviewed that the school
3  district was going to cover for you as an
4  administrator the cost of your health insurance
5  premiums for yourself and your family?
6      A.  Back to the beginning of your question.
7  Did I know at what point that was going to happen?
8      Q.  Did you know when you applied for the job
9  that was a benefit?
10      A.  I don't -- it's not on the posting, so
11  probably not.
12      Q.  Okay.  So then you are being interviewed,
13  and you are being interviewed by Ms. Newton and
14  Mr. Sutton?
15      A.  Yes.
16      Q.  Did it come up in that first conversation?
17      A.  I don't know if insurance -- I don't
18  remember a compensation discussion during that
19  interview.
20      Q.  That's what I thought you said.  So then
21  there is an offer made and that's when you discuss it?
22      A.  Yes.  Mike and I spoke after he -- he
23  called me and said we would like to talk to you about
24  the position, and so then we had a discussion about
25  contract.

---

151

1      Q.  Okay.  So, when he called you and said we
2  would like to offer you the job and here is what it
3  pays, 100,000 plus we will pick up your health
4  insurance?
5          MR. MANNING:  Objection as to form.  You
6  may answer.
7      Q.  MS. HARPER:  Is that what he said in words
8  or in substance?
9      A.  I believe those were the figures.
10      Q.  Okay.  The figures he told you were 100,000
11  plus we will pay the health insurance for you and your
12  family?
13      A.  Yes.
14      Q.  And how did you respond?
15      A.  I think I shared that I was not in need of
16  the insurance, my wife covers that.  We did the
17  comparison, and it was better for our family for her
18  to carry it at the time.
19      Q.  What do you mean you did the comparison?
20  What comparison did you compare?
21      A.  A comparison to what her benefit was to what
22  my benefit was, and how our family came out better
23  depending on who carried the insurance.  At that point
24  her insurance was less.  So it was less out-of-pocket
25  for us.  It was a better situation for her -- excuse

---

152

1  me.
2      Q.  To keep it?
3      A.  Financially our family benefited from her
4  carrying the insurance.  I can't remember the details
5  of it.
6      Q.  Okay.  So when you told Mr. Sutton I don't
7  need the health insurance, did you ask him, can you
8  give me more money, or did he say to you, in that case
9  I can give you more money?
10      A.  I don't know which way it went.
11      Q.  Okay.  The $100,000 base is lower than the
12  salary said on your application was what you were
13  earning at Roxana, 103.  By the time you are having
14  this conversation you had already accepted the job?
15          MR. MANNING:  Objection as to form.  You
16  may answer.
17          THE WITNESS:  It's possible that figure
18  from Roxana included benefits.
19      Q.  MS. HARPER:  I see.  So your base pay might
20  have been lower than 100?
21      A.  Yes.  I'm going to say my base pay at
22  Roxana was maybe in the 90 range.
23      Q.  But with benefits at Roxana it got to 103?
24      A.  Yes.
25      Q.  And with benefits at Highland it got to 110

---

Derek Alan Hacke
November 7, 2016

153

1    that first year?
2        A.   That's probably about right.
3        Q.   Well, that's what this says and that's why
4    I'm asking.
5        A.   Right.
6        Q.   All right.  Again, this has that per diem
7    thing.  You still don't know what's the significance
8    of that; right?
9        A.   (Indicating.)
10       Q.   Is that a no?
11       A.   No.
12       Q.   Did you get a computer system?  What does
13   that mean, paragraph 5, business expenses?  Does the
14   school give you a laptop to take home or something?
15       A.   It did, yes.  Actually, I think a desktop.
16       Q.   A desk top.  Okay.  Do you still have such
17   a thing at your house?
18       A.   I do.
19       Q.   The same one?
20       A.   Yes.  I know.  I have a laptop now, where I
21   had two desk tops, so now I can carry my laptop back
22   and forth.
23       Q.   All right.  You didn't get a replacement
24   contract in 2011 for three years, did you?  The
25   district produced it twice with two different sets of

154

1    numbers.  It's just a duplicate, if you know?
2        A.   I don't know.
3        Q.   Let me hand you -- have you look at 16,
4    Exhibit 16?
5        (Deposition Exhibit No. 16, Hacke
6    Employment Contract, was then marked for
7    identification by the attorney.)
8        Q.   MS. HARPER:  If you will just do a quick
9    eyeball for me and compare it to the other 2011
10   through '14 contract, and let me know if this is just
11   a duplicate, or if there is some change that was made.
12       A.   It appears to be a duplicate.
13       Q.   And you don't remember any second contract
14   that contained any amendments or anything?
15       A.   I don't.
16       Q.   It looked like a duplicate, but I just
17   wasn't sure.
18       (Deposition Exhibit No. 17, Hacke
19   Employment Contract, was then marked for
20   identification by the attorney.)
21       Q.   MS. HARPER:  Let me hand you next Exhibit
22   17.  For the record, Exhibit 17 is your -- I believe
23   your assistant superintendent, your first contract
24   which bears the Bates number School District 285
25   consecutively through 290?

155

1        A.   It appears to be.
2        Q.   This contract has a three-year term again?
3        A.   Yes.
4        Q.   Again, did you ask for this term, or was
5    that just offered to you?
6        A.   I think it was offered.
7        Q.   And the salary here is $120,000 and some
8    change.  Does that continue to include a sum of money
9    that you received in lieu of the district paying for
10   health insurance premiums for yourself and your
11   family?
12       A.   At this point I think I was carrying the
13   insurance.
14       Q.   When did that happen?
15       A.   I'm not sure I'm going to be able to give
16   you an accurate answer.
17       Q.   If you can ballpark it for me that would be
18   helpful.  But if you can't, that's fine too.
19       A.   I think my wife carried the insurance my
20   first maybe two or three years in the district, and
21   then it transferred to me.
22       Q.   By the time you were assistant
23   superintendent then you have been there four years?
24       A.   Yes.
25       Q.   From '09.  By that point you think you are

156

1    carrying health insurance?
2        A.   I believe so.
3        Q.   Is this $120,000 salary inclusive of the
4    benefit of health insurance, or exclusive of that?
5    Let me ask you.  If you turn to the second page on
6    paragraph B, it says:  In addition to the salary the
7    board shall pay on your behalf to the retirement
8    system and the health insurance security fund, if that
9    helps.
10       A.   I don't think it includes health insurance.
11       Q.   So that was essentially sort of the base
12   pay without that benefit added in?
13       A.   I believe that's correct.
14       Q.   Let me hand you next what I have marked as
15   Exhibit 18.
16       (Deposition Exhibit No. 18, Hacke
17   Employment Contract, was then marked for
18   identification by the attorney.)
19       Q.   MS. HARPER:  For the record, Exhibit 18 is
20   another contract for you and the board for your
21   assistant superintendent role.  And this one has a
22   term commencing July 1, 2015.  Do you recognize
23   Exhibit 18 as your current contract?
24       A.   I do.
25       Q.   This one has a five-year term commencing

Derek Alan Hacke
November 7, 2016

---

169

1   was then marked for identification by the attorney.)
2       Q.   MS. HARPER: Let me ask you to take a look
3   at Exhibit 22. For the record, Exhibit 22 is a letter
4   from Mr. Sutton dated August 27th, 2014, back to Steve
5   Lanxon. It bears the school district Bates number
6   SD355. In this letter back to Mr. Lanxon Mr. Sutton
7   says: We accepted with regret your retirement request
8   effective at the end of 2017-2018. Do you know what
9   happened that Mr. Lanxon left the school district
10  earlier than the planned 2017-2018 date?
11      A.   Could you be more specific?
12      Q.   Do you know why he left earlier than
13  2017-2018? I can't be any more specific.
14      A.   I don't know.
15      Q.   You didn't hear anything about he was
16  leaving two years earlier?
17      A.   He was ready to retire.
18      Q.   So he changed his mind and got out earlier?
19      A.   Yes.
20      Q.   He didn't die in office, or anything like
21  that?
22      A.   No. But I think that was a concern.
23      Q.   And I don't want to go to anybody's
24  personal medical record. I was just curious.
25           Was Mr. Lanxon on a 10-and-a-half month

---

170

1   contract when you were principal?
2       A.   He was on less than 12. 10-and-a-half, may
3   be correct.
4       Q.   Did Barry Thomas, when Barry Thomas left,
5   that's the job Karen Gauen got as assistant principal;
6   is that right?
7       A.   Correct.
8       Q.   And he retired -- did he retire getting 6
9   percent a year increase the last three years he was
10  there?
11      A.   He did.
12      Q.   Did Mr. Lanxon get those 6 percent
13  increases, at least the last -- from the time he got
14  notice of his retirement until the time he left?
15      A.   That's a question I can't answer.
16           (Deposition Exhibit No. 23, Assistant
17  Principal Job Posting, was marked for
18  identification by the attorney.)
19      Q.   MS. HARPER: Let me hand you what I'm
20  marking as Exhibit 23. For the record, Exhibit 23 is
21  a job posting for high school assistant principal. It
22  bears the Bates number KG343, 344. It's for assistant
23  principal, closing date January 23rd, 2012.
24           Do you recognize this as the posting for
25  Barry Thomas's job that Karen Gauen got as assistant

---

171

1   principal?
2       A.   Yes.
3       Q.   And there is the job ID number 132. That
4   would be on the online application, you would put that
5   number in?
6       A.   Correct.
7       Q.   Did you have anything to do with the
8   contents of this job posting, Exhibit 23?
9       A.   Likely, yes.
10      Q.   What do you remember having to do with
11  this? Did you approve it, for instance?
12      A.   Typically the board secretary will send the
13  posting and ask for any changes, and then send it back
14  and she adapts the posting.
15      Q.   Do you remember that you made any edits or
16  changes to the posting she sent you for the assistant
17  principal position?
18      A.   I don't remember any specific changes.
19      Q.   Is there anything about Exhibit 23 that is
20  incorrect, fails to summarize the job, or anything
21  else?
22      A.   No.
23      Q.   So it says here, serve as discipline
24  officer for two grade levels. If you have one
25  assistant principal doing like freshman-sophomore, and

---

172

1   the other one doing junior-senior?
2       A.   Generally, yes. We had it split in some
3   way.
4       Q.   And did each assistant principal then
5   evaluate the teachers in certain departments, but they
6   didn't both have to do all of them?
7       A.   We split them up based upon typically what
8   their strengths were. If somebody had a proclivity in
9   math or English or vocational, we would give them
10  those teachers to evaluate.
11      Q.   By somebody, do you mean if the assistant
12  principal had a strong math background, that person
13  would be evaluating the math department?
14      A.   We would often do it that way.
15      Q.   But not -- each assistant principal had a
16  certain number of teachers, but not all of them?
17      A.   That's correct.
18      Q.   Did each assistant principal manage the
19  attendance system?
20      A.   We were all involved in that, yes. We all
21  had students on our caseload, if you would like to say
22  it that way, who had attendance issues, and so we
23  would be all involved.
24      Q.   So it wasn't just one assistant principal
25  did attendance, and the other one did something else?

---

Derek Alan Hacke
November 7, 2016

173

1    A. No.
2    Q. Everybody did attendance?
3    A. I think everyone was involved.
4    Q. What is this managing facility use that the
5  assistant principal would do?
6    A. We have an on -- an electronic online
7  facility management system, and so entering requests
8  to use a classroom or the commons or the kennel or
9  what have you, you can enter that information in and
10 reserve that room to avoid --
11   Q. There is a kennel?
12   A. It's the name of a kind of a tier of a
13 meeting room in the high school that has got stadium
14 seating, and since they are the dogs, the kennel seems
15 logical.
16   Q. I thought maybe you were raising dogs?
17   A. No.
18   Q. In that case I would do an onsite visit.
19 We have a lot of humane society interest in my family.
20     Did both the assistant principals assist
21 the principal in developing school improvement plans?
22   A. Yes. Although the associate principal
23 probably had a larger role in that than the assistant
24 principal.
25   Q. Who was the associate principal when Karen

174

1  was there?
2    A. Karen.
3    Q. Did both the principals work cooperatively
4  as a member of the administrative team, both were
5  expected to, or just one?
6    A. Both.
7    Q. Did both evaluate both certified and
8  non-certified staff?
9    A. Yes.
10   Q. Did both organize and manage the
11 school-wide discipline system?
12   A. Yes.
13   Q. Did both develop duty schedules?
14   A. I don't know that both developed duty
15 schedules.
16   Q. What's a duty schedule?
17   A. To make sure that we have appropriate
18 supervision throughout the building before and after
19 school and at lunch. Every teacher had a duty, not
20 necessarily daily, but they circulated through either
21 morning, lunch, or after school some type of 15 to 20
22 minutes supervisory duty.
23   Q. And one of the assistant principals
24 generally took the lead on this?
25   A. I think Mr. Thomas was the person who did

175

1  that, and that would have been the role that Karen
2  took.
3    Q. Did both principal -- assistant principals
4  schedule and document required safety drills?
5    A. Both didn't.
6    Q. Both didn't?
7    A. Both didn't. Only one. And it may have
8  even been the principal that did most of that.
9    Q. When you were there did you mostly do that?
10   A. We collaborated. We would schedule them
11 together and document them. There was one sheet for
12 the county that needed to be filled out with the
13 appropriate dates that the drills were held.
14   Q. Did both assistant principals serve on
15 building and district committees as assigned?
16   A. Yes.
17   Q. Did both principals have to hold a Type 75
18 Administrative Illinois Certificate to serve as
19 assistant principal?
20   A. Yes.
21   Q. So Highland has just recently been the top
22 scoring high school in the Metro East compared to all
23 other high schools in the Metro East, including
24 O'Fallon, Belleville, and Edwardsville. Is that the
25 thing that they just recently got?

176

1    A. Yes.
2    Q. Is a recognition of that sort something
3  that Highland strives to achieve?
4    A. Recognition?
5    Q. Recognition as the top scoring high school
6  in the area, is that something that the school
7  district strives to achieve?
8    A. That's certainly -- that's very excellent.
9  We strive for growth.
10   Q. Growth?
11   A. Growth in our schools. We want our kids to
12 continually improve. So as a school, as a district,
13 we want to see our scores continue to advance and
14 improve. It is certainly a wonderful recognition to
15 be the highest scoring high school in the Metro East.
16   Q. And does the board -- has the board said
17 anything in your presence to congratulate Ms. Gauen,
18 Dr. Gauen, for that recognition at the high school, or
19 any board member?
20   A. Not to my knowledge.
21   Q. Does getting recognition at the high school
22 level like that, best high school, best scores and so
23 forth, is that something that the board cares about?
24     MR. MANNING: Objection as to form. You
25 may answer.

Derek Alan Hacke
November 7, 2016

177

1           THE WITNESS: I think they do.
2       Q.  MS. HARPER: I mean, would you expect that
3   the board would -- let me back up for a second.
4           Highland High School is the only school in
5   the Highland School District that got this sort of top
6   ranking recognition recently; right?
7       A.  Yes.
8       Q.  Is it your expectation that the school
9   board will in some way be recognizing Dr. Gauen's
10  distributions towards the high school getting this
11  state-wide recognition?
12      A.  It certainly would be reasonable to expect
13  that.  Especially in-house recognition.  We hesitate
14  broadcasting it very loudly because test scores can
15  kind of come and go over years.  And so we would kind
16  of be -- the philosophy to be more of a quiet
17  recognition rather than probably screaming from the
18  housetops, because if they go the other way in another
19  year or two, you kind of have to balance that.
20      Q.  Right.
21      A.  But, yes, recognition from the board is
22  something that I would anticipate occurring.
23      Q.  What's a vice principal?
24      A.  A term for associate and assistant.
25      Q.  And what's an associate versus an

178

1   assistant?
2       A.  It was a nomenclature they had when I
3   arrived there.  I don't know if it particularly means
4   a lot other than they are in a supportive role for the
5   principal.
6       Q.  Is there an associate principal now at the
7   high school?
8       A.  I think Mr. Becker's title is associate.
9       Q.  Who gave him that title?
10      A.  That was Mr. Thomas's title.  That was
11  Karen's title, and then it became his title, I
12  believe.
13      Q.  It was Karen's title -- Karen Gauen's
14  title?
15      A.  I believe so.
16      Q.  The job postings that I have seen for all
17  of these vacancies for the high school, there is no
18  reference to vice or associate.  It all says
19  assistant.  Do you know what the significance of that
20  word "associate" versus "assistant" versus "vice
21  principal" means?
22          MR. MANNING: Objection.  Asked and
23  answered.
24          THE WITNESS: Synonyms.
25      Q.  MS. HARPER: Did you have anything to do --

179

1   strike that.  I already asked that.
2       Have you attended any of the presentations
3   that Dr. Gauen has done with respect to moving forward
4   with Common Core State Standards in Illinois?
5       A.  Yes.
6       Q.  Why does she do those presentations?
7           MR. MANNING: Objection as to form.  You
8   may answer.
9           THE WITNESS: Are you speaking regionally
10  or more in the district?
11      Q.  MS. HARPER: Either one.  Why is she doing
12  common core state standards presentations for the
13  district?
14      A.  She does an excellent job.  She has a great
15  knowledge base and does a very good job of sharing
16  information with teachers.  At one point she went
17  through some training a few years ago through the ROE
18  as a trainer in those areas and continues to use her
19  expertise.
20      Q.  What's the ROE?
21      A.  Regional Office of Education.
22      Q.  Is that a state agency of some kind?
23      A.  It is.
24      Q.  What does it have to do with Highland?  Is
25  it your boss?

180

1       A.  Well, sort of.  The regional superintendent
2   of schools in the county, it's an elected position.
3   So they funnel resources that come down from the
4   state, many of those professional development kind of
5   things funnel through those offices.  Madison County
6   is large enough that we have our regional office of
7   education.  St. Clair is large enough they have their
8   own.  If you go further north, less populists, they
9   try to clump three or four counties together and have
10  a regional office of education.  They are kind of a
11  hub for professional development.
12          In addition to that, compliance kind of
13  issues.  They are making sure that we are running our
14  bus drills.  They come in and they do compliance
15  reviews where we lay out 10,000 documents and they
16  start checking off the list.
17          They are a government entity that assists
18  with all of those.
19      Q.  So the regional office of education
20  consists of what counties for Highland?  What counties
21  are in it?
22      A.  For us it's just Madison County, ROE41.
23      Q.  It's just Madison County?
24      A.  Yes.
25      Q.  And then you said smaller, like upstate and

Derek Alan Hacke
November 7, 2016

181

1    outstate districts, a number of them might be together
2    and have a regional office?
3        A.  Yes.  Calhoun, Green, Jersey I think are
4    all in one.  Macoupin too.
5        Q.  Has Dr. Gauen represented Highland High
6    School outside the district in anything other than
7    these presentations for Common Core, to your
8    knowledge?
9        A.  She has.
10       Q.  Can you give me a sampling of the things
11   you can remember her representing the high school
12   outside the district?
13       A.  Much of it is related to her dissertation
14   and the instructional practices inventory, IPI.  She
15   has done numerous workshops countywide on IPI.  She
16   has also done -- I'm going to mess up the last one.
17   She did one, a large conference, statewide conference.
18   It was on instructional practices inventory in the
19   Danielson evaluation framework?
20       Q.  What's the Danielson evaluation framework?
21       A.  It is the -- it is kind of the heart of the
22   new evaluation system in the State of Illinois.  There
23   are two pieces to teacher evaluation.  There is
24   professional practice and there is student growth.
25   The professional practice piece is Danielson.  It has

182

1    the components -- it has four domains.  22
2    subdivisions of that -- 22 components.  So teacher --
3    excuse me, administrators collect data on those that
4    goes into the system, and then there is rubric that
5    says teacher was doing ABC.  I look at my rubric and
6    it says, okay, that is an excellent rating, or a
7    satisfactory, or a whatever.  So it's a core of
8    evaluation.
9        Q.  So is this Danielson evaluation something
10   that the state has just recently begun to demand of
11   each school district?
12       A.  About two to three years ago it became a
13   mandate.
14       Q.  When you were principal did you have that
15   Danielson evaluation rubric or system that you just
16   described?
17       A.  It had not gone into effect yet.
18       Q.  All right.  Does the high school principal
19   have responsibility for any kind of money, spending
20   money, collecting money, whatever?
21       A.  Yes.
22       Q.  And is that responsibility, whatever it is,
23   the same today as it was when you were principal?
24       A.  I think the budgetary process is basically
25   the same.

183

1        Q.  The allocation -- is there actually any
2    kind of cash given to the principal --
3        A.  No.
4        Q.  -- to dole out?
5            So it's tracking resources and making sure
6    they are spent in accordance with whatever the
7    guidelines or mandates from the board are?
8        A.  Yes.
9        Q.  That kind of thing.  Is there a reporting
10   responsibility as well?
11       A.  I don't think there is a reporting
12   responsibility on her, on the general -- on the
13   general budget lines that are district lines.
14       Q.  Does the school -- when you were principal
15   did you have keys to everything?
16       A.  Yes.
17       Q.  Does Dr. Gauen have keys to everything?
18       A.  I don't know.
19       Q.  Any reason why she wouldn't have the same
20   keys to things that you had?
21       A.  No.
22       Q.  I'm gathering that as principal you work
23   more than 40 hours a week?
24       A.  Yes.
25       Q.  Do you know whether Dr. Gauen works more

184

1    than 40 hours a week?
2        A.  She does.
3        Q.  And as principal did you have independent
4    communications with parents, other school district
5    officials, and state agencies in the performance of
6    your duties?
7        A.  Yes.
8        Q.  Does Dr. Gauen have those same independent
9    communications?
10       A.  She does.
11       Q.  How much of what you did as principal at
12   the high school did you learn either as principal at
13   Highland or as principal at Roxana?
14       A.  As compared to like formal education
15   preparation?
16       Q.  As compared to anything else.  Did you
17   learn to be a principal on the job, or did you learn
18   some other way?
19       A.  On the job.
20       Q.  And was that true at Roxana as well?
21       A.  Yes.
22       Q.  When then you came to Highland, I gather
23   things were at least different in some ways?
24       A.  Yes.
25       Q.  And did you learn those differences as you

Derek Alan Hacke
November 7, 2016

---

185

1  performed the job in your first six months or a year
2  or two years?
3      A.  Correct.
4      Q.  Did you learn those things from your
5  interactions with teachers, students, the assistant
6  principals, and the assistant superintendent, and
7  superintendent?
8          MR. MANNING:  Object to the form of the
9  question.  You may answer.
10         THE WITNESS:  All the above.
11     Q.  MS. HARPER:  All the above.  Did Karen
12  Gauen assist you when you were principal to
13  successfully perform your job?
14     A.  She did.
15     Q.  Did she make you look good?
16     A.  She did.
17     Q.  Is that sort of part of the informal piece
18  of a job of an assistant principal, to make their
19  principal look good?
20     A.  I think we all try to help each other look
21  good, but, yes.
22     Q.  In every sense you want your boss to look
23  good because it helps you; right?
24     A.  Yes.
25     Q.  All right.  And at the time you started at

---

186

1  Highland as principal Karen was a teacher; right?
2      A.  Correct.
3      Q.  She had been with the district 25 or 30
4  years, something like that?
5      A.  (Indicating.)
6      Q.  Right?
7      A.  I believe so.
8      Q.  And then when she became your assistant
9  principal, I think she had been there more than 30
10  years at that point.  Is that your understanding as
11  well?
12     A.  I'm not sure of the exact years, but, yes,
13  it was significant.
14     Q.  Did she have sort of a -- tell me what you
15  think of her relationships with the teachers at the
16  school.  When she got to be assistant how would you
17  characterize her relationships with the teachers at
18  the school?
19     A.  The relationships were good.
20     Q.  Were they excellent?
21     A.  Good communicator.  Good relationships with
22  the teachers.  They trusted her.  They would come to
23  her.
24     Q.  And as principal is Karen Gauen accountable
25  to the same organizational people, meaning assistant

---

187

1  superintendent, superintendent, and ultimately board,
2  that you were responsible to when you were principal,
3  assistant superintendent, superintendent, and the
4  board?  Even if the characters who filled those
5  positions are different, you were both accountable to
6  the same people?
7      A.  Yes.
8      Q.  Or ranks.
9          Okay.  Did you give Karen Gauen a written
10  performance evaluation ever?
11     A.  I haven't since she was principal.
12     Q.  Did you give her one as assistant?
13     A.  I don't recall.  I may not have.
14     Q.  Did you start to fill out one of those
15  evaluations for her and send it to her, at least
16  partially completed?
17     A.  Yes.  Yes.
18     Q.  Do you remember what that was about, the
19  thing you sent her partially completed?
20     A.  I think it was notes on some faculty
21  meetings I observed.
22     Q.  Do you remember what your feedback to her
23  about your observations of faculty meetings, do you
24  remember what that feedback was?
25     A.  It was all positive.

---

188

1          MS. HARPER:  I think maybe that's all I
2  have, but I just want to check.  5 minutes.
3          MR. MANNING:  Sure.
4          (A short break was then taken.)
5          MS. HARPER:  I have no further questions.
6          MR. MANNING:  I have no questions either.
7  We will reserve signature.
8          COURT REPORTER:  Will you be ordering a
9  copy of the transcript, Mr. Manning?
10         MR. MANNING:  Regular is fine.
11         (WHEREIN, the deposition was concluded at
12  3:32 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

---