IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAREN GAUEN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | )  No. 3:16-CV-00207 |
| | ) |
| BOARD OF EDUCATION OF THE | ) |
| HIGHLAND COMMUNITY UNIT | ) |
| SCHOOL DISTRICT NO. 5, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S TRIAL BRIEF**

The Court's Final Pretrial Order, dated February 28, 2018, states in Section X that the parties may file Trial Briefs by March 5, 2018. Plaintiff Gauen filed a Trial Brief on January 16, 2018 (See Document 58). She elects to stand on her previous filing with the Court.

SEDEY HARPER WESTHOFF

Attorneys for Plaintiff

*/s/ John D. Lynn*

John D. Lynn, #30064
Donna L. Harper, #26406
2711 Clifton Ave.
St. Louis, MO 63139
314/773-3566
314/773-3615 (fax)
jlynn@sedeyharper.com
dharper@sedeyharper.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 5, 2018, the foregoing document was filed electronically with the Clerk of the Court using the ECF system which will provide electronic service to the following attorneys for defendant:

1

Stanley Eisenhammer  
Hodges, Loizzi, Eisenhammer, Rodick & Kohn LLP  
401 SW Water Street, Suite 106  
Peoria, IL  61602

                                              */s/ John D. Lynn*  
                                              _____