IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAREN GAUEN, Ed.D, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:16-cv-00207 |
| ) | |
| BOARD OF EDUCATION OF ) | |
| HIGHLAND COMMUNITY UNIT ) | |
| SCHOOL DISTRICT NO. 5, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S TRIAL BRIEF**

Pursuant to this Court's Final Pretrial Order of February 28, 2018, Defendant, the Board of Education of Highland Community Unit School District No. 5 ("District" or "Defendant"), through its attorneys, Hodges, Loizzi, Eisenhammer, Rodick & Kohn LLP, hereby elects to stand on its previous Trial Brief filed with this Court on January 16, 2018. *See* Doc. 59.

Respectfully Submitted,

**BOARD OF EDUCATION OF HIGHLAND COMMUNITY UNIT SCHOOL DISTRICT NO. 5**

By:  /s/ C. Frazier Satterly
       One of the Attorneys for Defendant

| | |
|---|---|
| Jason T. Manning | C. Frazier Satterly |
| Hodges, Loizzi, Eisenhammer, | Hodges, Loizzi, Eisenhammer, |
|   Rodick & Kohn LLP |   Rodick & Kohn LLP |
| 3030 Salt Creek Lane, Suite 202 | 401 SW Water Street, Suite 106 |
| Arlington Heights, IL 60005 | Peoria, IL  61602 |
| (847) 670-9000 | (309) 671-9000 |
| (847) 670-7334 (Fax) | (847) 670-7334 (Fax) |
| jmanning@hlerk.com | fsatterly@hlerk.com |

491588_1

## CERTIFICATE OF SERVICE

C. Frazier Satterly, an attorney, certifies that on March 5, 2018, a true and correct copy of the foregoing **Defendant's Trial Brief** was electronically filed with the Clerk of the U.S. District Court of the Southern District of Illinois, Eastern Division, via its CM/ECF System and was electronically served to the individual(s) listed below:

    Donna L. Harper
    Jessica M. Scales
    John D. Lynn
    Sedey Harper Westhoff, P.C.
    2711 Clifton Avenue
    St. Louis, MO 63139
    (314) 773-3566
    (314) 773-3615 (fax)
    dharper@sedeyharper.com
    jscales@sedeyharper.com
    jlynn@sedeyharper.com

                                          By:    /s/ C. Frazier Satterly
                                                   One of the Attorneys for Defendant

| | |
|---|---|
| Jason T. Manning | C. Frazier Satterly |
| Hodges, Loizzi, Eisenhammer, | Hodges, Loizzi, Eisenhammer, |
|  Rodick & Kohn LLP |  Rodick & Kohn LLP |
| 3030 Salt Creek Lane, Suite 202 | 401 SW Water Street, Suite 106 |
| Arlington Heights, IL 60005 | Peoria, IL 61602 |
| (847) 670-9000 | (309) 671-9000 |
| (847) 670-7334 (Fax) | (847) 670-7334 (Fax) |
| jmanning@hlerk.com | fsatterly@hlerk.com |